UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK                                      Assigned. J. Robinson
------------------------------------------------------------------------X
MARIE CHANTALE JOSEPH,

                                    Plaintiff,        **NOTICE OF APPEARANCE**

       -against-                                                                     Case No.

NORTHWOOD GROUP, LLC; CENTURY 21 WOLFF &        **08 cv. 3644**
SON BUSINESS BROKERS INC.;  FREMONT
INVESTMENT AND LOAN, WILNER LUCTAMAR; SG
AMERICAS SECURITIES; GMAC MORTGAGE; XYZ
CORPORATION, (said name being fictitious, it being the
intention of plaintiff to designate any corporation having a
legal interest in plaintiff's mortgages);
Does 1-10, (Said names being fictitious, it being the intention
of plaintiff to designate any individual or corporation
responsible in some manner for the injuries sustained by
Plaintiff),

                                    Defendants.
------------------------------------------------------------------------X


**S I R S:**

      PLEASE TAKE NOTICE, that the Law Offices of **PENINO & MOYNIHAN, LLP.**,

do hereby appear in the above captioned actions for defendant **CENTURY 21 WOLFF &**

**SON BUSINESS BROKERS, INC.  appearance**


DATED:   White Plains, New York
                May 8, 2008

                                    **Yours, etc.,**

                                    **PENINO & MOYNIHAN, LLP**


                            **BY:/s/**_____
                              **PATRICK C. CARROLL, ESQ. (PCC – 1971)**
                              Attorneys for Defendant

**CENTURY 21 WOLFF & SON BUSINESS BROKERS, INC.**
180 East Post Road, Suite 300
White Plains, New York 10601
(914) 949-6996