| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------------X<br>MARIE CHANTALE JOSEPH,<br><br>                                      Plaintiff,<br><br>       -against-<br><br>NORTHWOOD GROUP, LLC; CENTURY 21 WOLFF &<br>SON BUSINESS BROKERS INC.; FREMONT<br>INVESTMENT AND LOAN, WILNER LUCTAMAR; SG<br>AMERICAS SECURITIES; GMAC MORTGAGE; XYZ<br>CORPORATION, (said name being fictitious, it being the<br>intention of plaintiff to designate any corporation having a<br>legal interest in plaintiff's mortgages);<br>Does 1-10, (Said names being fictitious, it being the intention<br>of plaintiff to designate any individual or corporation<br>responsible in some manner for the injuries sustained by<br>Plaintiff),<br><br>                                      Defendants.<br>------------------------------------------------------------------------X | Assigned. J. Robinson<br><br>**RULE 7.1<br>DISCLOSURE<br>STATEMENT**<br><br>Case No.<br><br>**08 cv. 3644** |

Defendant **CENTURY 21 WOLFF & SON BUSINESS BROKERS, INC.** by and through their attorneys, **PENINO & MOYNIHAN, LLP** as and for its RULE 7.1(a) STATEMENT AND DISCLOSURE states:

    1.    That defendant **CENTURY 21 WOLFF & SON BUSINESS BROKERS, INC.** has no parent, subsidiary or affiliated corporation within the meaning of FRCP 7.1 and Local Rule 51 et. seq.

DATED:  White Plains, New York
             May 8, 2008

                              **Yours, etc.,**

                              **PENINO & MOYNIHAN, LLP**

                        **BY:/s/**_____

**PATRICK C. CARROLL, ESQ. (PCC – 1971)**
Attorneys for Defendant
**CENTURY 21 WOLFF & SON BUSINESS BROKERS, INC.**
180 East Post Road, Suite 300
White Plains, New York 10601
(914) 949-6996
Our Files No. 10-863