UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE CHANTALE JOSEPH,

        Plaintiff,

- against -

NORTHWOOD GROUP, LLC; CENTURY 21 WOLFF & SON BUSINESS BROKERS INC.; FREMONT INVESTMENT AND LOAN, WILNER LUCTAMAR; SG AMERICAS SECURITIES; GMAC MORTGAGE; XYZ CORPORATION, (said name being fictitious, it being the intention of plaintiff to designate any corporation having a legal interest in plaintiff's mortgages);
Does 1-10, (Said names being fictitious, it being the intention of plaintiff to designate any individual or corporation responsible in some manner for the injuries sustained by Plaintiff),

        Defendants.

Case No.: 08 cv. 3644 (SCR)

ECF CASE

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that the time for Defendant SG Americas Securities, LLC to answer, move or otherwise respond to Plaintiffs' Complaint is extended to and including May 19, 2008.

**Signatures on following page.**



Dated: May __, 2008

FISH & RICHARDSON P.C.

By: _____
Raymond R. Castello
John S. Goetz

Citigroup Center – 52nd Floor
153 East 53rd Street
New York, New York 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorneys for Plaintiffs*

THACHER PROFFITT & WOOD LLP

By: _____
John P. Doherty
Mary H. Mulhearn

Two World Financial Center
New York, New York 10281
Telephone: (212) 912-7400
Facsimile: (212) 912-7751
jdoherty@tpw.com
mmulhearn@tpw.com

*Attorneys for SG Americas Securities.*

SO ORDERED: _____
U.S. District Judge

DATED: 5/13/08