# KNUCKLES & KOMOSINSKI, P.C.

ATTORNEYS AT LAW
220 WHITE PLAINS ROAD, 6TH FLOOR
TARRYTOWN, NEW YORK 10591
(914) 220-0155
FAX: (914) 366-0080

MARK R. KNUCKLES
RICHARD F. KOMOSINSKI

KAREN B. OLSON*
KENNETH J. FLICKINGER
JORDAN J. MANFRO

* ALSO ADMITTED IN NEW JERSEY

May 16, 2008

**VIA ELECTRONIC CASE FILING**
Judge Stephen C. Robinson
300 Quarropas Street, Room 633
White Plains, New York 10601

Re:    Joseph v. Northwood Group, et al.
       Case No.: 08-cv-3644, SDNY

Dear Judge Robinson:

Please be advised that this firm represents defendant Fremont Investment & Loan in the above-referenced matter. Our office has conferred with counsel for Plaintiff regarding a pre-answer motion to dismiss this action as it is asserted against Fremont, and have agreed on a briefing schedule. Pursuant to the briefing schedule agreed upon by the parties the motion to dismiss will be filed by this office by today, May 16, 2008. Plaintiff's opposition will be due by May 30, 2008, and Fremont's reply will be due by June 13, 2008. We have selected a final submission date of June 20, 2008.

Kindly advise whether the briefing schedule set forth above is acceptable to Your Honor. Please do not hesitate to contact the undersigned should you have any concerns.

Very truly yours,
Knuckles & Komosinski, P.C.

Kenneth J. Flickinger, Esq. (KJ–1179)

cc.: John S. Goetz, Esq.
     Goetz@fr.com
     Via ECF and Email