UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE CHANTALE JOSEPH,

                    Plaintiff(s),

      -against-

NORTHWOOD GROUP, LLC, CENTURY 21 WOLFF & SON BUSINESS BROKERS INC., FREMONT INVESTMENT & LOAN, WILNER LUCTAMAR, SG AMERICAS SECIRUITIES, GMAC MORTGAGE, XYZ CORPORATION, (said name being fictitious, it being the intention of Plaintiff to designate any corporation having a legal interest in Plaintiff's mortgages), DOES 1-10, (said name being fictitious, it being the intention of Plaintiff to designate any individual or corporation responsible in some manner for the injuries sustained by Plaintiff),

                    Defendant(s).

NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)

Case No.: 08-CV-3644
(SCR)

STATE OF NEW YORK     )
                       )   ss.:
COUNTY OF WESTCHESTER  )

     Defendant, FREMONT INVESTMENT & LOAN, hereby move this Court for (a) an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing Plaintiffs' Complaint as against these moving defendants for lack of subject matter jurisdiction (b) an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted and (c) such other and further relief as this Court deems just and proper.

Dated:    Tarrytown, New York
            May 16, 2008

                                        Yours, etc.,
                                        **KNUCKLES & KOMOSINSKI, P.C.**

                                        By:
                                        KENNETH J. FLICKINGER, ESQ. (KJ-1179)
                                        Attorneys for Defendants
                                        FREMONT INVESTMENT & LOAN
                                        220 White Plains Road, 6th Floor
                                        Tarrytown, NY 10951
                                        Telephone: (914) 220-0155
                                        Facsimile: (914) 366-0080

To:   FISH & RICHARDSON, P.C.
       Attorneys for Plaintiff
       Citigroup Center – 52nd Floor
       153 East 53rd Street
       New York, NY 10022
       (212) 765-5070