UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE CHANTALE JOSEPH,<br><br>       Plaintiff,<br><br>  - against -<br><br>NORTHWOOD GROUP, LLC; CENTURY 21 WOLFF & SON BUSINESS BROKERS INC.; FREMONT INVESTMENT AND LOAN, WILNER LUCTAMAR; SG AMERICAS SECURITIES; GMAC MORTGAGE; XYZ CORPORATION, (said name being fictitious, it being the intention of plaintiff to designate any corporation having a legal interest in plaintiff's mortgages); Does 1-10, (Said names being fictitious, it being the intention of plaintiff to designate any individual or corporation responsible in some manner for the injuries sustained by Plaintiff),<br><br>       Defendants. | Case No.: 08-cv-3644 (SCR)<br><br>**ECF CASE**<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL <u>PROCEDURE 7.1</u>** |

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant SG Americas Securities, LLC hereby states, by and through undersigned counsel, that SG Americas Securities, LLC is a limited liability company registered under the laws of the State of Delaware and wholly owned by SG Americas Securities, Holdings Inc., which is a wholly owned subsidiary of SG Americas, Inc. SG Americas, Inc. is wholly owned by the Société Générale, S.A., which is a publicly traded company.

DATED this 19th day of May, 2008

                                      THACHER PROFFITT & WOOD LLP

                                      By:_____/s/_____
                                                John P. Doherty
                                                Mary H. Mulhearn
                                                jdoherty@tpw.com
                                                mmulhearn@tpw.com

                                      Two World Financial Center
                                      New York, New York 10281
                                      Telephone: (212) 912-7400
                                      Facsimile:  (212) 912-7751


                                      *Attorneys for SG Americas Securities, LLC*