|  |  |
|---|---|
| MARIE CHANTALE JOSEPH,<br><br>       Plaintiff,<br><br>   - against -<br><br>NORTHWOOD GROUP, LLC; CENTURY 21 WOLFF & SON BUSINESS BROKERS INC.; FREMONT INVESTMENT AND LOAN, WILNER LUCTAMAR; SG AMERICAS SECURITIES; GMAC MORTGAGE; XYZ CORPORATION, (said name being fictitious, it being the intention of plaintiff to designate any corporation having a legal interest in plaintiff's mortgages); Does 1-10, (Said names being fictitious, it being the intention of plaintiff to designate any individual or corporation responsible in some manner for the injuries sustained by Plaintiff),<br><br>       Defendants. | Case No.: 08-cv-3644 (SCR)<br><br>**ECF CASE**<br><br>**CERTIFICATE OF SERVICE** |

  Pursuant to 28 U.S.C. § 1746, under penalty of perjury, I declare that on May 19, 2008, I served a copy of Defendant SG Americas Securities, LLC's Answer and Affirmative Defenses, dated May 19, 2008 and Defendant's Federal Rule of Civil Procedure 7.1 Disclosure Statement, dated May 19, 2008, upon John Stephen Goetz and Raymond R. Castello at:

       Fish & Richardson, P.C
      Citigroup Center – 52nd Floor
       153 East 53rd Street
      New York, New York  10022

by depositing a true and correct copy of the same into the custody of the United State Postal Service, enclosed in properly addressed postage paid wrappers.

Notice of the above filing was electronically mailed to Kenneth Jude Flickinger and Patrick Christopher Carroll via the Court's electronic filing system.

                                                  /s/
                                       Mary H. Mulhearn