UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK                                    Assigned. J. Robinson
------------------------------------------------------------------------X
MARIE CHANTALE JOSEPH,

                                                                                      **NOTICE OF**
                                          Plaintiff,                 **APPEARANCE**

      -against-                                                           Case No.

NORTHWOOD GROUP, LLC; CENTURY 21 WOLFF &     **08 cv. 3644**
SON BUSINESS BROKERS INC.;  FREMONT
INVESTMENT AND LOAN, WILNER LUCTAMAR; SG
AMERICAS SECURITIES; GMAC MORTGAGE; XYZ
CORPORATION, (said name being fictitious, it being the
intention of plaintiff to designate any corporation having a
legal interest in plaintiff's mortgages);
Does 1-10, (Said names being fictitious, it being the intention
of plaintiff to designate any individual or corporation
responsible in some manner for the injuries sustained by
Plaintiff),

                                             Defendants.
------------------------------------------------------------------------X

**S I R S:**

       PLEASE TAKE NOTICE, that the Law Offices of **PENINO & MOYNIHAN, LLP.**,

do hereby appear in the above captioned actions for defendant **WILNER LUCTAMAR.**

DATED:   White Plains, New York
             May 28, 2008

                             **Yours, etc.,**

                             **PENINO & MOYNIHAN, LLP**

                             BY:/s/_____
                             **PATRICK C. CARROLL, ESQ. (PCC – 1971**)
                             Attorneys for Defendant
                             **CENTURY 21 WOLFF & SON BUSINESS**
                             **BROKERS, INC. & WILNER LUCTAMAR**

180 East Post Road, Suite 300
White Plains, New York 10601
(914) 949-6996