# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Citigroup Center
153 East 53rd Street,
52nd Floor
New York, New York
10022-4611

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

VIA ELECTRONIC CASE FILING

May 30, 2008

The Honorable Stephen C. Robinson
300 Quarropas Street, Room 633
White Plains, New York 10601

Re: *Joseph v. Northwood Group, et al.*
    Case No.: 08-cv-3644, S.D.N.Y.



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Judge Robinson:

We represent plaintiff Ms. Marie C. Joseph in the above-referenced matter. We write to provide notice that upon conferral with counsel for defendant Fremont Investment & Loan, we have agreed to amend the deadline for service of plaintiff's Opposition to Fremont's May 16, 2008 Motion to Dismiss the Complaint.

Plaintiff's Opposition to defendant's Motion to Dismiss is now due on **Wednesday, June 4, 2008**. Accordingly any Reply is due on **Wednesday, June 18, 2008**.

Please do not hesitate to contact me should you have any concerns.

Respectfully submitted,

Raymond R. Castello

Cc: Kenneth J. Flickinger, Esq.
    KJF@kkselaw.com
    Via ECF and e-mail