UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARIE CHANTALE JOSEPH,

                              Plaintiff,

        -against-                                                  08 Civ. 3644 (SCR)

NORTHWOOD GROUP, LLC;
CENTURY 21 WOLFF & SON BUSINESS
BROKERS INC;
FREMONT INVESTMENT AND LOAN;
WILNER LUCTAMAR;
SG AMERICAS SECURITIES;
GMAC MORTGAGE;
XYZ CORPORATION, (Said name being fictitious,
it being the intention of Plaintiff to designate any
corporation having a legal interest in Plaintiff's
mortgage);
Does 1-10, (Said names being fictitious,
it being the intention of Plaintiff to designate any
individual or corporation responsible in some
manner for the injuries sustained by Plaintiff);

                              Defendants.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

       Jonathan Guan, being duly sworn, deposes and says:

       I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

       On June 2, 2008, I served a copy of an Answer with Affirmative Defenses via U.S. Mail, in properly addressed envelopes, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to the parties set forth on the list annexed hereto:

                                                        */s/ Jonathan Guan*
                                                        Jonathan Guan

Sworn to before me this
2nd day of June, 2008

*/s/ Andrew S. Muller*
Andrew S. Muller
Notary Public, State of New York
No. 02-MU024147
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires February 28, 2010

Fish & Richardson P.C.
Citigroup Center – 52nd Floor
153 East 53rd Street
New York, New York 10022
Attn: John S. Goetz, Esq.
Raymond R. Castello, Esq.

Northwood Group, LLC
420 Columbus Avenue, Suite 301
Valhalla, NY 10595

Penino & Moynihan, LLP
180 East Post Road
White Plains, New York 10601
Attn: Patrick C. Carroll, Esq.

Knuckles & Komosinski, P.C.
220 White Plains Road
Tarrytown, New York 10591
Attn: Kenneth J. Flickinger, Esq.

Thacher, Proffitt & Wood LLP
Two World Financial Center
New York, New York 10281
Attn: John P. Doherty, Esq.