UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARIE CHANTALE JOSEPH,

                                   Plaintiff,

       -against-                                    08 Civ. 3644 (SCR)

NORTHWOOD GROUP, LLC;
CENTURY 21 WOLFF & SON BUSINESS
BROKERS INC;
FREMONT INVESTMENT AND LOAN;
WILNER LUCTAMAR;
SG AMERICAS SECURITIES;
GMAC MORTGAGE;
XYZ CORPORATION, (Said name being fictitious,
it being the intention of Plaintiff to designate any
corporation having a legal interest in Plaintiff's
mortgage);
Does 1-10, (Said names being fictitious,
it being the intention of Plaintiff to designate any
individual or corporation responsible in some
manner for the injuries sustained by Plaintiff);

                                 Defendants.
------------------------------------------------------------------x

## **RULE 7.1 DISCLOSURE STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, GMAC Mortgage, LLC hereby states, by and through its counsel, that GMAC Mortgage, LLC is a Delaware limited liability company, with 10% or more of its ownership interests owned by FIM Holdings, LLC, a Delaware limited liability company, and GM Finance Co. Holdings, LLC, a Delaware limited liability company.

2

Dated: New York, New York       PLATZER, SWERGOLD, KARLIN,
       June 26, 2008            LEVINE, GOLDBERG & JASLOW, LLP
                                              Attorneys for Defendant
                                              *GMAC Mortgage, LLC*

                                              By: */s/ Stan L. Goldberg*
                                                  Stan L. Goldberg (SLG 1869)
                                                  1065 Avenue of The Americas, 18th Fl.
                                                  New York, New York 10018
                                                  Tel: (212) 593-3000
                                                  Fax: (212) 593-0353