AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MARIE CHANTALE JOSEPH,

    Plaintiff

**APPEARANCE**

v.

Case Number: 08-CIV-3644

NORWOOD GROUP, LLC, et al.

    Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Norwood Group, LLC

    I certify that I am admitted to practice in this court.

| 7/25/2008 | *(signature)* |
|---|---|
| Date | Signature |
|  | Richard C. Ebeling    RE1481 |
|  | Print Name    Bar Number |
|  | 8 Woodridge |
|  | Address |
|  | Putnam Valley    NY    10579 |
|  | City    State    Zip Code |
|  | (914) 328-5051    (914) 328-1581 |
|  | Phone Number    Fax Number |